# United States District Court
# For The Western District of North Carolina
# Asheville Division

Carl Edward Wiley,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                               1:11cv181

Gregory A. Newman and Nathan C. Ramsey,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2011 Order.

                                            Signed: October 5, 2011

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court